IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIEKA JONES,<br><br>      Plaintiff,<br><br>v.<br><br>COMMUNITY COLLEGE OF ERIE COUNTY,<br><br>      Defendant. | Civil Action No.: 1:24-cv-00214 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Marieka Jones and Defendant Community College of Erie County (hereinafter collectively referred to the "Parties"), and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of this action, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 3rd day of February, 2025.

/s/ John E. Black, III
John E. Black, III
PA ID No. 83727
Quatrini Law Group
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
(724) 217-8272
jeb@qrlegal.com

Counsel for Plaintiff

/s/ Danielle M. Parks
Marla N. Presley
PA ID No. 91020
Danielle M. Parks
PA ID No. 322653
Jackson Lewis
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 338-5148
marla.presley@jacksonlewis.com
danielle.parks@jacksonlewis.com

Counsel for Defendant

It is so ORDERED this 4th day of February, 2025.

_Susan Paradise Baxter_
Susan Paradise Baxter, U.S.D.J.